We find the evidence sufficient to sustain the verdict.

The judgment of the trial court is affirmed.

Opinion approved by the court.

On Motion for Rehearing

GRAVES, Presiding Judge.

In his motion for rehearing, appellant complains of the method by which the Indeterminate Sentence Law 'is applied in the judgment herein because of the fact that the statute, Art. 535d, Vernon's Ann. P.C., under which he was convicted, fails to set forth in the punishment any lesser term, but merely sets forth the highest penalty as "any term of years not to exceed twenty-five (25)."

.An attack is made upon the opinion herein because it utilized the case of Davis v. State, 125 Tex.Cr.R. 330, 68 S.W.2d 217, as authority for the proposition that when no lesser term is set forth in the statute, the punishment being a term of years, we reformed the sentence in that case and directed that the accused be confined in the penitentiary for not less than one hour nor more than one year, the statute itself providing for a punishment of not more than two years, no minimum term being fixed therein.

█ In the present instance, the court entered its judgment, causing the same to read "for not less than one hour nor more than 15 years" in accordance with the Davis case, supra.

Under these circumstances, we see no reason why we should disturb this judgment, and think the original opinion is correct herein. Therefore, the motion for rehearing is overruled.

## BLAIR v. STATE.

No. 26891.

Court of Criminal Appeals of Texas.

March 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, 10 days in jail and a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.